AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ALEXANDER WILD d/b/a ALEX WILD PHOTOGRAPHY, | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |
| *Plaintiff(s)* | | |
| v. | | |
| | | 16CV61630-Zloch |
| PETRI'S POSITIVE PEST CONTROL, | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Petri's Positive Pest Control
> ATTN: Brendan Cavanagh, Registered Agent
> 737 SW 9th Terrace
> Pompano Beach, FL 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Melissa Higbee, Esq.
> Higbee & Associates
> 1504 Brookhollow Dr., Suite 112
> Santa Ana, CA 92705

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:    Jul 11, 2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ S. Reid*

Deputy Clerk
U.S. District Courts